B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Labgold, Marc R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3793** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2257 Compass Point Lane**<br>**Reston, VA**<br>ZIP Code **20191** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
□ Corporation (includes LLC and LLP)
□ Partnership
□ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

□ Health Care Business
□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
□ Railroad
□ Stockbroker
□ Commodity Broker
□ Clearing Bank
□ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
□ Chapter 9
□ Chapter 11
□ Chapter 12
□ Chapter 13

□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
□ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
□ A plan is being filed with this petition.
□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| □ | □ | □ | □ | ■ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| □ | □ | □ | □ | ■ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Labgold, Marc R.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X **/s/ Linda D. Regenhardt**               **July 23, 2013**<br>   Signature of Attorney for Debtor(s)               (Date)<br>   **Linda D. Regenhardt 27455** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **Labgold, Marc R.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marc R. Labgold**
_____
Signature of Debtor  **Marc R. Labgold**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 23, 2013**
_____
Date

#### Signature of Attorney*

X **/s/ Linda D. Regenhardt**
_____
Signature of Attorney for Debtor(s)

**Linda D. Regenhardt 27455**
_____
Printed Name of Attorney for Debtor(s)

**Linda Regenhardt, L.L.C.**
_____
Firm Name
**100 N. Pitt Street**
**Suite 206**
**Alexandria, VA 22314-3134**
_____
Address

**Email: regenhardtl@gmail.com**
**703-539-0309  Fax: 703-518-9931**
_____
Telephone Number

**July 23, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Marc R. Labgold** _____  Case No. _____
                                                Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Marc R. Labgold**
                      **Marc R. Labgold**

Date:  **July 23, 2013**

**B6 Summary (Official Form 6 - Summary) (12/07)**

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Marc R. Labgold**                            ,

                               Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,790,388.67 | | |
| B - Personal Property | Yes | 4 | 27,105.28 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,093,355.68 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,807,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 729,598.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 29 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 36,513.57 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 57,606.97 |
| Total Number of Sheets of ALL Schedules | | 78 | | | |
| Total Assets | | | 2,817,493.95 | | |
| Total Liabilities | | | | 6,630,453.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Marc R. Labgold**                      ,       Case No. _____

                                      Debtor           Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **2,807,500.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **0.00** |
| Student Loan Obligations (from Schedule F) | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **2,807,500.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **36,513.57** |
| Average Expenses (from Schedule J, Line 18) | **57,606.97** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | **28,240.24** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 404,249.27 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 559,500.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 2,248,000.00 |
| 4. Total from Schedule F | | 729,598.26 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 3,381,847.53 |

B6A (Official Form 6A) (12/07)

.

In re   **Marc R. Labgold**                                                                    ,          Case No. _____
                                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2257 Compass Point Lane Reston, VA 20191** | | J | 911,590.00 | 810,307.74 |
| **116 W. 22nd Streeet, PHA, New York, NY** | | H | 1,247,200.00 | 1,614,966.52 |
| **9800 E. Sabino Springs Estates Dr., Tuscon, AZ 85749** | | H | 631,598.67 | 668,081.42 |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,790,388.67** | (Total of this page) |
| Total > | **2,790,388.67** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Marc R. Labgold**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citibank checking 6738602774 | H | 769.01 |
| | | Citibank checking 67380611501 | J | 282.23 |
| | | Citibank savings 6738067011 | J | 29.04 |
| | | Wells Fargo Checking 1010131155813 | J | 0.00 |
| | | Wells Fargo Savings 1010131155826 | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Tucson Electric Power, Tucson AZ | H | 125.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Kitchen Appliances, Reston, VA | J | 1,000.00 |
| | | Washer & Dryer, Reston VA | J | 400.00 |
| | | Kitchen items - pans, pots, dishes, utensils, etc. Reston, VA | J | 200.00 |
| | | Garage tools and gadgets, Reston, VA | J | 300.00 |
| | | video game,  and novelty slot machine, Reston, VA | J | 200.00 |
| | | Furniture for living room, sofa, 2 chairs, chaise, 3 endtables, shelf, coffee table, | J | 500.00 |
| | | Furniture Kitchen, table and 4 chairs | - | 100.00 |
| | | Furniture, dining room | J | 600.00 |
| | | Furniture Master bedroom, bed, 3 dressers, 4 bedside tables | J | 250.00 |
| | | kids room furniture, 2 beds, bunk bed, 3 cabinets | J | 400.00 |

Sub-Total >        **5,155.28**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marc R. Labgold**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | home office furniture, desk, 2 file cabinets | J | 50.00 |
| | | guest room furniture , bed only | J | 200.00 |
| | | family room furniture, loveseat, 2 chairs, console table | J | 200.00 |
| | | Theater room sofa and 2 chairs | J | 200.00 |
| | | Speakers, DVD player, Receiver etc. | J | 900.00 |
| | | television, Wii, Xbox | J | 400.00 |
| | | televisions (3), projector, screen | J | 620.00 |
| | | Ipad (1st generation) | H | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, movies, DVDs | H | 100.00 |
| | | artworks | J | 1,000.00 |
| | | sports items | H | 500.00 |
| 6. Wearing apparel. | | clothing, shoes, accessaries | H | 500.00 |
| 7. Furs and jewelry. | | watches, wedding ring, cuff links | H | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | camera, guitars, firearms | H | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >        **6,720.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marc R. Labgold**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Marc R. Labgold, P.C., publicly traded stock Wells Fargo Acct. 6587-3308** | H | 10,030.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **lawsuit - Labgold v. Yanko (contract/tort) seeking $$1,800,000.00 Labgold v. Yanko (Tax claim) seeking 20,286.03** | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >    10,030.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marc R. Labgold**                                                      ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Dodge66 | H | 5,000.00 |
| 26. Boats, motors, and accessories. | | partial interest in Hobie Cat, canoe | H | 100.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | briefcases, pens | H | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 old dogs | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 5,200.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 27,105.28 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re  **Marc R. Labgold**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                            $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2257 Compass Point Lane** **Reston, VA 20191** | **11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688** | **911,590.00** | **911,590.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Citibank checking 6738602774 | Va. Code Ann. § 34-4 | 300.00 | 769.01 |
| Citibank checking 67380611501 | Va. Code Ann. § 34-4 | 0.00 | 282.23 |
| **Household Goods and Furnishings** | | | |
| Kitchen Appliances, Reston, VA | 11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688 | 2,000.00 | 1,000.00 |
| Washer & Dryer, Reston VA | 11 U.S.C. § 522(b)(3)(B) | 800.00 | 400.00 |
| Kitchen items - pans, pots, dishes, utensils, etc. Reston, VA | Va. Code Ann. § 34-26(4a) | 500.00 | 200.00 |
| Garage tools and gadgets, Reston, VA | Va. Code Ann. § 34-4 | 600.00 | 300.00 |
| video game, and novelty slot machine, Reston, VA | Va. Code Ann. § 34-4 | 500.00 | 200.00 |
| Furniture for living room, sofa, 2 chairs, chaise, 3 endtables, shelf, coffee table, | Va. Code Ann. § 34-26(4a) | 500.00 | 500.00 |
| Furniture Kitchen, table and 4 chairs | Va. Code Ann. § 34-26(4a) | 100.00 | 100.00 |
| Furniture, dining room | Va. Code Ann. § 34-26(4a) | 600.00 | 600.00 |
| Furniture Master bedroom, bed, 3 dressers, 4 bedside tables | Va. Code Ann. § 34-26(4a) | 250.00 | 250.00 |
| Theater room sofa and 2 chairs | 11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688 | 200.00 | 200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books, movies, DVDs | Va. Code Ann. § 34-4 | 100.00 | 100.00 |
| artworks | 11 USC 522(b)(3)(B); William v Peyton 104 F.3d 688 | 1,000.00 | 1,000.00 |
| sports items | Va. Code Ann. § 34-4 | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| clothing, shoes, accessaries | Va. Code Ann. § 34-26(4) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| watches, wedding ring, cuff links | Va. Code Ann. § 34-26(1a) | 1,000.00 | 1,000.00 |

___ **1** ___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Marc R. Labgold** _____ ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **camera, guitars, firearms** | **Va. Code Ann. § 34-26(4b)** | **1,000.00** | **1,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Marc R. Labgold, P.C.,** **publicly traded stock Wells Fargo Acct.** **6587-3308** | **Va. Code Ann. § 34-4** | **3,300.00** | **10,030.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Dodge66** | **Va. Code Ann. § 34-26(8)** | **5,000.00** | **5,000.00** |
| **Boats, Motors and Accessories** | | | |
| **partial interest in Hobie Cat, canoe** | **Va. Code Ann. § 34-4** | **100.00** | **100.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **briefcases, pens** | **Va. Code Ann. § 34-4** | **100.00** | **100.00** |

Total:    **930,540.00**    **935,721.24**

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Marc R. Labgold**                                                                    ,    Case No. _____

                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx915-0**<br><br>**Citibank**<br>**P. O. Box 6243**<br>**Sioux Falls, SD 57117-6243** | | H | 9800 E. Sabino Springs Estates Dr., Tuscon, AZ 85749<br><br><br>Value $          631,598.67 | | | | 668,081.42 | 36,482.75 |
| Account No. **xxxxxxx754-4**<br><br>**CitiMortgage, Inc.**<br>**P. O. Box 6243**<br>**Sioux Falls, SD 57117-6243** | | J | first deed of trust<br><br>2257 Compass Point Lane<br>Reston, VA 20191<br><br>Value $          911,590.00 | | | | 810,307.74 | 0.00 |
| Account No. **xxxxxx8123**<br><br>**Wells Fargo**<br>**P.O.Box 14411**<br>**Des Moines, IA 50306-3411** | | - | 116 W. 22nd Streeet, PHA, New York, NY<br><br><br>Value $       1,247,200.00 | | | | 1,614,966.52 | 367,766.52 |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

**0**     continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 3,093,355.68 | 404,249.27 |
| Total<br>(Report on Summary of Schedules) | 3,093,355.68 | 404,249.27 |

B6E (Official Form 6E) (4/13)

.

In re    **Marc R. Labgold**                                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Marc R. Labgold** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Ellen Labgold** **18237 Cypress Point Terrace** **Leesburg, VA 20176** | - | | | | | | | 2,248,000.00 |
| | | | | | | | 2,807,500.00 | 559,500.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 2,248,000.00 |
| (Total of this page) | 2,807,500.00 | 559,500.00 |
| Total | | 2,248,000.00 |
| (Report on Summary of Schedules) | 2,807,500.00 | 559,500.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Marc R. Labgold**_____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Aaron Anzai 1627 Palamoi Street Pearl City, HI 96782-1557** | X | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Akolea LLC 3101 Diamond Head Road Kailua, HI 96734** | | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Albert G. Yee 2000 Petruchio Way Roseville, CA 95661** | X | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **Albert Hee 1003 Bishop Street Pauahi Tower, 27th Floor Honolulu, HI 96813** | X | - | | | | X | X | X | Unknown |

__34__ continuation sheets attached

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                            ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Alice S. DeBolt 865 E. 5550 South Ogden, UT 84405 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Alicia Park 1301 Diamond Head Road Honolulu, HI 96815 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Beatriz Lorenza Rodriquez Beatriz Lorenza Rodriquez Trus 651 Halo St., MEB 224H Honolulu, HI 96813-5534 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| BG Rosecrans, LP c/o Martin Blank, Esq. 1990 S. Bundy Drive, Ste. 540 Los Angeles, CA 90025-5345 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Bich Nguyen c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |

Sheet no. __1___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Marc R. Labgold_____,    Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Black Ivory, LLC 1003 Bishop Street Pauahi Tower, 27th Floor Honolulu, HI 96813 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Bradley J. Scherer c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Brandon H.W. Kam 55 S. Judd Street, Apt 1010 Honolulu, HI 96817-2610 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Bryan Anzai 1077 Kalapaki Streeet Honolulu, HI 96825 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Bryan S. Sharff 1800 N. Oak St., Apt 1601 Arlington, VA 22209-1146 | X | - | | | X | X | X | Unknown |

Sheet no. __2___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc R. Labgold**                                                                                    , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Bryce Zane** **1003 Bishop Street** **Pauahi Tower, 27th Floor** **Honolulu, HI 96819** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Carol Cleary** **2369 Sharon Road** **La Honda, CA 94020** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Carol Wood** **1176 Alewa Dr.** **Honolulu, HI 96817** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Catherine A. Brossier** **174 Kailuana Loop** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Chandramohan V. Ammini** **c/o Alto Litigation, P.C.** **4 Embarcadero Center, #1400** **San Francisco, CA 94111** | X | - | | | X | X | X | **Unknown** |

Sheet no. __3___ of __34__ sheets attached to Schedule of                                    Subtotal          | **0.00** |
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                                    , Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles & Lillian Kubo**<br>**4456 Puu Panini Avenue**<br>**Honolulu, HI 96816-4742** | X | - | | X | X | X | **Unknown** |
| Account No.<br><br>**Chris Hochuli & Raynell Noelan**<br>**1116 Kealaolu Avenue**<br>**Honolulu, HI 96816** | X | - | | X | X | X | **Unknown** |
| Account No.<br><br>**Christina Gordon**<br>**3478 E. Manoa Road**<br>**Honolulu, HI 96822** | X | - | | X | X | X | **Unknown** |
| Account No.<br><br>**Cindy MacFarlane**<br>**47-517 Apau Loop**<br>**Kaneohe, HI 96744** | X | - | | X | X | X | **Unknown** |
| Account No.<br><br>**CitiBank Platinum Select**<br>**P.O. Box 183071**<br>**Columbus, OH 43218-3071** | | - | | | | | **37,002.28** |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **37,002.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2681** <br><br> **Citibank Ready Credit Line** <br> **P.O.Box 790110** <br> **Saint Louis, MO 63179-0110** | | H | | | | | **86,959.88** |
| Account No. **7871** <br><br> **CitiCard** <br> **P.O. Box 183071** <br> **Columbus, OH 43218-3071** | | - | | | | | **28,261.38** |
| Account No. <br><br> **Clem Lagundimao** <br> **667 Waikanaloa Street** <br> **Honolulu, HI 96825** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Constance & Anthony J. Lopez** <br> **747 N. Kainalu Drive** <br> **Paia, HI 96779-1960** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Crown Point Ventures, LLC** <br> **c/o Peter Lobban** <br> **59 Los Altos Square** <br> **Los Altos, CA 94022** | X | - | | X | X | X | **Unknown** |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **115,221.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Daly Stevens** **1394 Kina Street** **Kailua, HI 96734-3726** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Dana & Dale Ichinotsubo** **2145 Aulii Street** **Honolulu, HI 96817** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Dana and Bradley Cahoon** **265 125th Avenue** **Hudson, WI 54016** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Dana Ichinotsubo** **2145 Aulii Street** **Honolulu, HI 96817** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Daniel F.S. Lee** **The Asian Pacific Foundation** **926 Manuwili Cr.** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Daniel F.S. Lee**<br>**926 Manuwili Cr.**<br>**Kailua, HI 96734** | X | - | | | X | X | X | Unknown |
| Account No.<br><br>**David A Suhy**<br>**32 Hurst Court**<br>**San Jose, CA 95126** | X | - | | | X | X | X | Unknown |
| Account No.<br><br>**David S. Goto, Trustee**<br>**David S.Goto Revocable Trust**<br>**42-273 Old Kalanianaole Road**<br>**Kailua, HI 96734** | X | - | | | X | X | X | Unknown |
| Account No.<br><br>**David Sung Park**<br>**3101 Diamond Head Road**<br>**Honolulu, HI 96815** | X | - | | | X | X | X | Unknown |
| Account No.<br><br>**Dawei Sheng**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** | X | - | | | X | X | X | Unknown |

Sheet no. __7__ of __34__ sheets attached to Schedule of          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deana Arnold**<br>**24155 Miller Cut Off**<br>**Los Gatos, CA 95033** | X | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Delbert Lee**<br>**1438 Akuleana Pl.**<br>**Kailua, HI 96734-4150** | X | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Denise C. Lee**<br>**25672 Minos Street**<br>**Mission Viejo, CA 92691** | X | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Dennis K. Kiyota**<br>**45-302 Mokulele Dr.**<br>**Kaneohe, HI 96744-2245** | X | - | | | X | X | X | **Unknown** |
| Account No.<br><br>**Dominique J. Lee**<br>**21986 Kitridge**<br>**Mission Viejo, CA 92692** | X | - | | | X | X | X | **Unknown** |

Sheet no. __8__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Donald & Judy Moody 555-D Keolu Drive Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Dory Ichinotsubo 2145 Aulii Street Honolulu, HI 96817 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Edward & Jean Ichinotsubo 45-212 Mokulele Dr. Kaneohe, HI 96744 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Edward Tannenbaum 12812 S. Bristol Cir. Los Angeles, CA 90049-3738 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Eurus Genomics KK 8-18-4 Ginza, Chuo-ku Tokyo 104-0061, Japan | X | - | | | X | X | X | Unknown |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc R. Labgold**_____,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **Executive Bio Ventures, LLC** **c/o George Johkhadze** **3 Comstock Queen Court** **Mountain View, CA 94043** | X | - | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Garret K. Kojima** **3615 Harding Ave., Ste 405** **Honolulu, HI 96816-3758** | X | - | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Gary Gayton** **2125 First Street, Unit 1004** **Seattle, WA 98121** | X | - | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **George G.H. Lau** **94-1065 Pulelo Street** **Waipahu, HI 96797-5050** | X | - | | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | | |
| **George Jokhadze** **c/o Alto Litigation, P.C.** **4 Embarcadero Center, #1400** **San Francisco, CA 94111** | X | - | | | | X | X | X | **Unknown** |

Sheet no. __**10**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                          ,          Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Gerald Takeuchi 2315 Aumakua St. Pearl City, HI 96782 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Godfrey Oritz 47-184 Hui Akepa Pl. Apt. D Kaneohe, HI 96744-4312 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Gregory Bogdan c/o Alto Litigaion, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Guy & Michele Watanabe 4538 Waikui St. Honolulu, HI 96821-1104 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Harold & Leslie Watanabe 4538 Waikui Street Honolulu, HI 96821-1104 | X | - | | | X | X | X | Unknown |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                            ,        Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Heather Meyer** <br> **3886 Adriaticx Way** <br> **Santa Clara, CA 95051** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Hochuli Family Limited Partner** <br> **P. O. Box 437238** <br> **Honolulu, HI 96816** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Ikaika Rogerson** <br> **41-214 Nalu Street** <br> **Waimanalo, HI 96795-1753** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Irrevocable Trust of J.F.Ventu** <br> **c/o James Ventura** <br> **421 Paumakua PL** <br> **Kailua, HI 96734** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Jackie & Eric Walden** <br> **P.O. Box 22222** <br> **Honolulu, HI 96823** | X | - | | X | X | X | **Unknown** |

Sheet no. __12__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc R. Labgold**                                                                     ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **James & Teresa Ventura** **421 Paumakua Pl.** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **James F. Ventura, Trustee** **James Francis Ventura Trust** **421 Paumakua Pl** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **James Sakoda** **c/o Patrick Chun** **440 Auwina PL** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Jason Kealii Ventura** **421 Paumakua Pl** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Jeffrey & Alicia Heller** **37 Coquina Ridge Way** **Ormond Beach, FL 32174** | X | - | | | X | X | X | **Unknown** |

Sheet no. __**13**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc R. Labgold**                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Jeffrey & Suzanne Ventura 1123 Mokapu Blvd Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Jeffrey Ventura 421 Paumakua PL Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Jody Ann Martin c/o James Ventura 421 Paumakua Pl. Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Joelle Ogi c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Johanna Resig 469 Lawelawe St. Honolulu, HI 96821 | X | - | | | X | X | X | Unknown |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc R. Labgold**                                                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jonathan K. Ventura 421 Paumakua Pl Kailua, HI 96734 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Jonathan Kuba 5312 Apo Drive Honolulu, HI 96822 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Joseph and Toni Anakalea 2464 St. Louis Drive Honolulu, HI 96816 | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Justin & Stephanie Matsukawa 91-941 Laaulu St. Ewa Beach, HI 96706 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Kaleo Kia c/o Patrick Chun 440 Auwina Pl. Kailua, HI 96734 | X | - | | X | X | X | Unknown |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                                                    ,        Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Kam-Chi Daniel Leung** **60 N. Beretania St.** **Apt. 2202** **Danbury, CT 06817** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Karen Bowman-Kirk** **P.O. Box 879** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Karen I. Chock** **1387 Aupula Place** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Kathleen Shiffer** **123 H Seminary Drive** **Mill Valley, CA 94941** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Kay Mukaigawa** **Nelson Oyadomari** **1568 Ala Napunani St.** **Honolulu, HI 96818-1527** | X | - | | | X | X | X | **Unknown** |

Sheet no. __16__ of __34__ sheets attached to Schedule of                         Subtotal                 **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc R. Labgold**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Keker and Van Nest 633 Battery Street San Francisco, CA 94111 | | - | | | | | | 161,998.43 |
| Account No. | | | | | | | | |
| Kenneth Flores 47-517 Apau Loop Kaneohe, HI 96744 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Keola Chun 440 Auwina Place Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Kia'aina Wong 829 Mokulua Dr. Kailua, HI 96734-3107 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Kilian Dill c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |

Sheet no. __17__ of __34__ sheets attached to Schedule of        Subtotal                161,998.43
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                                      , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kim & Kanoenani Reece**<br>**440 Auwina Pl.**<br>**Kailua, HI 96734** | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Kim Partika**<br>**603 Hamakua Pl.**<br>**Kailua, HI 96734-3925** | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Konishi & Hirakawa Trust**<br>**3902 Waokanaka Street**<br>**Honolulu, HI 96817** | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Kristi & Dane Sardinha**<br>**156 Ku'ulei Rd**<br>**Kailua, HI 96734** | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Kuulei Chun**<br>**440 Auwina Place**<br>**Kailua, HI 96734** | X | - | | X | X | X | Unknown |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marc R. Labgold**                                                                 ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Lani Ann Sakoda** **1166 Embury** **Pacific Palisades, CA 90272** | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Laurie Jan Reisinger** **c/o Alto Litigation, P.C.** **4 Embarcadero Center, #1400** **San Francisco, CA 94111** | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Lavonne Young** **c/o Alto Litigation, P.C.** **4 Embarcadero Center, #1400** **San Francisco, CA 94111** | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Lee Brossier** **174 Kailuana Loop** **Kailua, HI 96734-1659** | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Leon A. Brossier** **174 Kailuana Loop** **Kailua, HI 96734** | X | - | | | X | X | X | Unknown |

Sheet no. __19__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marc R. Labgold_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lois Mark P.O. Box 790114 Paia, HI 96779-0114 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Louis Kauo 4100 Whitsett Aven. Studio City, CA 91604 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Lucky & Marilyn Cole 59-229 Ke Nui Rd., Apt. C Haleiwa, HI 96712-8608 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Luz Maria Garcia c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Mark & Traci Hirakawa 45-234 Hikiwale Street Kaneohe, HI 96744 | X | - | | X | X | X | Unknown |

Sheet no. __20__ of __34__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc R. Labgold**                                                                     ,     Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Mark Brandt 2112 N. Sheffield Avenue Chicago, IL 60614 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mark O. Trulson c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mark T. Kozlowski c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mark Wagamatsuma 95-219 Hoakua PL Mililani, HI 96789 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Michael & Miranda Scott 49-495 Ahuimanu Rd. Pearl City, HI 96782 | X | - | | | X | X | X | Unknown |

Sheet no. __21__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael & Sheri Mock** <br> **128 Hoolako Pl.** <br> **Honolulu, HI 96825-3518** | X | - | | X | X | X | Unknown |
| Account No. <br><br> **Michael Chun** <br> **440 Auwina Place** <br> **Kailua, HI 96734** | X | - | | X | X | X | Unknown |
| Account No. <br><br> **Michael Denisoff** <br> **1722 Esplanade Ave., No. 6** <br> **Redondo Beach, CA 90277** | X | - | | X | X | X | Unknown |
| Account No. <br><br> **Michael K. Skedeleski** <br> **98-844 Leialii St.** <br> **Aiea, HI 96701-2750** | X | - | | X | X | X | Unknown |
| Account No. <br><br> **Michael Norris** <br> **c/o Alto Litigation, P.C.** <br> **4 Embarcadero Center, #1400** <br> **San Francisco, CA 94111** | X | - | | X | X | X | Unknown |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                                              ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mike Jen 1035 Aster Ave. #2111 Sunnyvale, CA 94086 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Charles O. Kim, Jr. 4939 Kolohala St. Honolulu, HI 96816 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Jeremy Kozuki 427 Kaulana Street Kahului, HI 96732-2050 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Naiping Shen c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Natalia Lysaya c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                                          ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Noel Tucker** P.O. Box 159252 Honolulu, HI 96830-1004 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Ohana Capital Investments, LLC** c/o Dana Ichinotsubo 2145 Aulii St. Honolulu, HI 96817 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Patrick Chu** c/o ALTO Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Patrick Chun** 440 Auwina Place Kailua, HI 96734 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Peter E. Lobban** c/o Alto Litigation, P.C. 4 Embarcadero Center, $1400 San Francisco, CA 94111 | X | - | | X | X | X | Unknown |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marc R. Labgold** _____ ,    Case No. _____
_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Prestige Capital Group, LLC c/o Randall Ho 3876 Nikolo St. Honolulu, HI 96815 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Prestige Capital Group, LLC James Ventura 421 Paumakua PL Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Priscilla Kemp 45-707 Hinamoe Loop Kaneohe, HI 96744 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| R and S Kennedy Rev. Liv. TR c/o Patrick Chun 440 Auwina Pl. Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Raghu Reedy 772 Fell Street, No. 2 San Francisco, CA 94117 | X | - | | | X | X | X | Unknown |

Sheet no. __25__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                              ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Randall Y.C. Ho 3876 Nikolo Street Honolulu, HI 96815 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Richard & Pearl Ichinotsubo 1295-A Moanalualani Ct. Honolulu, HI 96819 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Richard P. Guy & Mary Kaiser 1600 Ala Moana Blvd, Apt. 3706 Honolulu, HI 96815 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert & Sandra McFarlane 3750 Waokanaka St. Honolulu, HI 96817 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert and Amy Alston 214 Koelepulu Drive Kailua, HI 96734 | | - | | | X | X | X | Unknown |

Sheet no. __26__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                    ,      Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Robert Bowman P.O. Box 879 Kailua, HI 96734 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert Gordon c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robin Y.H. Auyong 94-673 Noheaiki Place Waipahu, HI 96797-4847 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Ron & Marleen Hochuli P.O. Box 437238 Kamuela, HI 96743 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Ronald F.M. Lee 1436 Paina Street Honolulu, HI 96817 | X | - | | | X | X | X | Unknown |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                          ,      Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ronald Wun 16 Homelani Pl Honolulu, HI 96817-1113 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Sam Guerrero 650 Keolu Drive Kailua, HI 96734 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Sandy Chu 500 W. Middlefield Road Apt. 106 Mountain View, CA 94043 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Sarah J. Brashears c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Schel Reyes c/o Alto Litigation, P.C. 4 Embarcadero Center, #1400 San Francisco, CA 94111 | X | - | | X | X | X | Unknown |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                                    ,   Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Scott Chambers** **Patton Boggs** **2550 M Street, N.W.** **Washington, DC 20037** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Scott Nekota** **2672 Pamoa Road** **Honolulu, HI 96822** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Scott T. Nekota** **750 N. Shoreline Blvd. #10** **Mountain View, CA 94043** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Sei Jeong Yee** **500 Ala Moana Blvd.** **Suite 3-405** **Honolulu, HI 96813** | X | - | | | X | X | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Sei Jeong Yee** **500 Ala Moana Blvd** **Suite 3-405** **Honolulu, HI 96813** | X | - | | | X | X | X | **0.00** |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**_____,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Sharlyne Mihara** **718 Paopua Loop** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Soma Condominium** **c/o Jeffrey Mummert, President** **116 W. 22nd Street, #3** **New York, NY 10011** | | - | | | | | | **1,575.00** |
| Account No. | | | | | | | | |
| **Stefanie Lee** **1355 Akalani Loop** **Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Stephen Fujikami** **1815 Laukahi Street** **Honolulu, HI 96821** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Sumiko Allegar** **7026 Niumalu Loop** **Honolulu, HI 96825** | | - | | | X | X | X | **Unknown** |

Sheet no. __30__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marc R. Labgold**                                                          ,        Case No. _____
                                      **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Sunset Plaza, LLC c/o James Ventura 421 Paumakua Pl Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Sunset Plaza, LLC c/o Patrick Chun 440 Auwina Pl Kailua, HI 96734** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Susan Chun 1717 Uhi Place Honolulu, HI 96821** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Tamotsu & Esther Tanaka 1288 Ala Moana Blvd Apt 15F Honolulu, HI 96814** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Tamotsu Tanaka Profit Sharing Plan 1288 Ala Moana Blvd, Apt.15F Honolulu, HI 96814** | X | - | | | X | X | X | **Unknown** |

Sheet no. __31__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Teresa Collette Ventura Trust c/o James Ventura 421 Paumakua Pl Kailua, HI 96734** | X | - | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Thomas J. O'Keefe, Trustee O'Keefe Family Trust 35531 Camino Capistrano San Clemente, CA 92672** | X | - | | X | X | X | **Unknown** |
| Account No. | | | **obligated to pay daughter's tuition and housing per court order** | | | | |
| **University of Virginia Charlottesville, VA 22904** | | - | | X | X | | **844.04** |
| Account No. | | | | | | | |
| **Wade Shigemasa 2315 Aumakua St. Pearl City, HI 96782-1146** | X | - | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Waimana Enterprises, Inc. 1003 Bishop Street Pauahi Tower, 27th Floor Honolulu, HI 96813** | X | - | | X | X | X | **Unknown** |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **844.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**                                          ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wallace Wetherwax <br> 7171 Kukii Street <br> Honolulu, HI 26825-1601 | X | - | | X | X | X | Unknown |
| Account No. <br><br> Wayne N. Inouye Revoc. Liv. Tr <br> 2533 Narcissus Pl. <br> Honolulu, HI 96816 | X | - | | X | X | X | Unknown |
| Account No. <br><br> Wayne Nobuo Inouye <br> 2533 Narcissus Pl. <br> Honolulu, HI 96816 | X | - | | X | X | X | Unknown |
| Account No. xxxxxxxxxx0001 <br><br> Wells Fargo <br> PCS Client Service Center <br> Concord, CA 94524-4056 | | - | | | | | 394,447.33 |
| Account No. <br><br> Wendell Kop <br> 345 Mamaki Street <br> Honolulu, HI 96821 | X | - | | X | X | X | Unknown |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    394,447.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marc R. Labgold**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | obligated to pay daughter's tuition and housing cost per court order | | | | |
| **West Virginia University** **Morgantown, WV 26506** | | - | | X | | | |
| | | | | | | | **18,509.92** |
| Account No. | | | | | | | |
| **William Lindemann** **177 Polihale Place** **Honolulu, HI 96825** | X | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Willibrord K. Tallet** **Willibrord K. Tallet Trust** **47-696 Hui Alala St.** **Kaneohe, HI 96744** | X | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Young Conaway Stargatt & Taylo** **c/o Donal E. Reid, Esq.** **121 N. Market Street** **Wilmington, DE 19801** | X | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **18,509.92** |
| Total (Report on Summary of Schedules) | | **729,598.26** |

B6G (Official Form 6G) (12/07)

.

In re  **Marc R. Labgold**                                                              ,   Case No. _____
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Marc R. Labgold**                                                                    ,    Case No. _____
                                                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **George Jokhadze**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Gregory Bogdan**<br>**c/o Alto Litigaion, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Patrick Chu**<br>**c/o ALTO Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kilian Dill**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Luz Maria Garcia**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Robert Gordon**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **George Jokhadze**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mark T. Kozlowski**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Peter E. Lobban**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, $1400**<br>**San Francisco, CA 94111** |

**28**
____  continuation sheets attached to Schedule of Codebtors

In re    **Marc R. Labgold**                                         ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Natalia Lysaya**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bich Nguyen**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael Norris**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Joelle Ogi**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Laurie Jan Reisinger**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Schel Reyes**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bradley J. Scherer**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Naiping Shen**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dawei Sheng**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mark O. Trulson**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |

Sheet __**1**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Lavonne Young**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Aaron Anzai**<br>**1627 Palamoi Street**<br>**Pearl City, HI 96782-1557** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bryan Anzai**<br>**1077 Kalapaki Streeet**<br>**Honolulu, HI 96825** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Robin Y.H. Auyong**<br>**94-673 Noheaiki Place**<br>**Waipahu, HI 96797-4847** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Karen Bowman-Kirk**<br>**P.O. Box 879**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Robert Bowman**<br>**P.O. Box 879**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mark Brandt**<br>**2112 N. Sheffield Avenue**<br>**Chicago, IL 60614** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Catherine A. Brossier**<br>**174 Kailuana Loop**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Leon A. Brossier**<br>**174 Kailuana Loop**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dana and Bradley Cahoon**<br>**265 125th Avenue**<br>**Hudson, WI 54016** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Scott Chambers**<br>**Patton Boggs**<br>**2550 M Street, N.W.**<br>**Washington, DC 20037** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Karen I. Chock**<br>**1387 Aupula Place**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Keola Chun**<br>**440 Auwina Place**<br>**Kailua, HI 96734** |

Sheet ___**2**___ of ___**28**___ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                              Case No. _____
_____ ,
                                             Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kuulei Chun**<br>**440 Auwina Place**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael Chun**<br>**440 Auwina Place**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Patrick Chun**<br>**440 Auwina Place**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Susan Chun**<br>**1717 Uhi Place**<br>**Honolulu, HI 96821** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Alice S. DeBolt**<br>**865 E. 5550 South**<br>**Ogden, UT 84405** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael Denisoff**<br>**1722 Esplanade Ave., No. 6**<br>**Redondo Beach, CA 90277** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Eurus Genomics KK**<br>**8-18-4 Ginza, Chuo-ku**<br>**Tokyo 104-0061, Japan** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kenneth Flores**<br>**47-517 Apau Loop**<br>**Kaneohe, HI 96744** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Cindy MacFarlane**<br>**47-517 Apau Loop**<br>**Kaneohe, HI 96744** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Stephen Fujikami**<br>**1815 Laukahi Street**<br>**Honolulu, HI 96821** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Gary Gayton**<br>**2125 First Street, Unit 1004**<br>**Seattle, WA 98121** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Christina Gordon**<br>**3478 E. Manoa Road**<br>**Honolulu, HI 96822** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **David S. Goto, Trustee**<br>**David S.Goto Revocable Trust**<br>**42-273 Old Kalanianaole Road**<br>**Kailua, HI 96734** |

Sheet ___**3**___ of ___**28**___ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**
_____ ,    Case No. _____
                                Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sam Guerrero**<br>**650 Keolu Drive**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Richard P. Guy & Mary Kaiser**<br>**1600 Ala Moana Blvd, Apt. 3706**<br>**Honolulu, HI 96815** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jeffrey & Alicia Heller**<br>**37 Coquina Ridge Way**<br>**Ormond Beach, FL 32174** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mark & Traci Hirakawa**<br>**45-234 Hikiwale Street**<br>**Kaneohe, HI 96744** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Randall Y.C. Ho**<br>**3876 Nikolo Street**<br>**Honolulu, HI 96815** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Chris Hochuli & Raynell Noelan**<br>**1116 Kealaolu Avenue**<br>**Honolulu, HI 96816** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Hochuli Family Limited Partner**<br>**P. O. Box 437238**<br>**Honolulu, HI 96816** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Ron & Marleen Hochuli**<br>**P.O. Box 437238**<br>**Kamuela, HI 96743** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dana & Dale Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Edward & Jean Ichinotsubo**<br>**45-212 Mokulele Dr.**<br>**Kaneohe, HI 96744** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Richard & Pearl Ichinotsubo**<br>**1295-A Moanalualani Ct.**<br>**Honolulu, HI 96819** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Wayne N. Inouye Revoc. Liv. Tr**<br>**2533 Narcissus Pl.**<br>**Honolulu, HI 96816** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Wayne Nobuo Inouye**<br>**2533 Narcissus Pl.**<br>**Honolulu, HI 96816** |

Sheet ___**4**___ of ___**28**___ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Brandon H.W. Kam**<br>**55 S. Judd Street, Apt 1010**<br>**Honolulu, HI 96817-2610** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Louis Kauo**<br>**4100 Whitsett Aven.**<br>**Studio City, CA 91604** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Priscilla Kemp**<br>**45-707 Hinamoe Loop**<br>**Kaneohe, HI 96744** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **R and S Kennedy Rev. Liv. TR**<br>**c/o Patrick Chun**<br>**440 Auwina Pl.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kaleo Kia**<br>**c/o Patrick Chun**<br>**440 Auwina Pl.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mr. & Mrs. Charles O. Kim, Jr.**<br>**4939 Kolohala St.**<br>**Honolulu, HI 96816** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dennis K. Kiyota**<br>**45-302 Mokulele Dr.**<br>**Kaneohe, HI 96744-2245** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Garret K. Kojima**<br>**3615 Harding Ave., Ste 405**<br>**Honolulu, HI 96816-3758** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Konishi & Hirakawa Trust**<br>**3902 Waokanaka Street**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Wendell Kop**<br>**345 Mamaki Street**<br>**Honolulu, HI 96821** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mr. & Mrs. Jeremy Kozuki**<br>**427 Kaulana Street**<br>**Kahului, HI 96732-2050** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jonathan Kuba**<br>**5312 Apo Drive**<br>**Honolulu, HI 96822** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Charles & Lillian Kubo**<br>**4456 Puu Panini Avenue**<br>**Honolulu, HI 96816-4742** |

Sheet __**5**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re   **Marc R. Labgold**                                                                                      ,      Case No. _____
                                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Clem Lagundimao**<br>**667 Waikanaloa Street**<br>**Honolulu, HI 96825** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **George G.H. Lau**<br>**94-1065 Pulelo Street**<br>**Waipahu, HI 96797-5050** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Daniel F.S. Lee**<br>**The Asian Pacific Foundation**<br>**926 Manuwili Cr.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Delbert Lee**<br>**1438 Akuleana Pl.**<br>**Kailua, HI 96734-4150** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Daniel F.S. Lee**<br>**926 Manuwili Cr.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Denise C. Lee**<br>**25672 Minos Street**<br>**Mission Viejo, CA 92691** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dominique J. Lee**<br>**21986 Kitridge**<br>**Mission Viejo, CA 92692** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Ronald F.M. Lee**<br>**1436 Paina Street**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Stefanie Lee**<br>**1355 Akalani Loop**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kam-Chi Daniel Leung**<br>**60 N. Beretania St.**<br>**Apt. 2202**<br>**Danbury, CT 06817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **William Lindemann**<br>**177 Polihale Place**<br>**Honolulu, HI 96825** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Constance & Anthony J. Lopez**<br>**747 N. Kainalu Drive**<br>**Paia, HI 96779-1960** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Lois Mark**<br>**P.O. Box 790114**<br>**Paia, HI 96779-0114** |

Sheet __**6**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**_____,    Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jody Ann Martin**<br>**c/o James Ventura**<br>**421 Paumakua Pl.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Justin & Stephanie Matsukawa**<br>**91-941 Laaulu St.**<br>**Ewa Beach, HI 96706** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Robert & Sandra McFarlane**<br>**3750 Waokanaka St.**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sharlyne Mihara**<br>**718 Paopua Loop**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael & Sheri Mock**<br>**128 Hoolako Pl.**<br>**Honolulu, HI 96825-3518** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Donald & Judy Moody**<br>**555-D Keolu Drive**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kay Mukaigawa**<br>**Nelson Oyadomari**<br>**1568 Ala Napunani St.**<br>**Honolulu, HI 96818-1527** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Scott Nekota**<br>**2672 Pamoa Road**<br>**Honolulu, HI 96822** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Thomas J. O'Keefe, Trustee**<br>**O'Keefe Family Trust**<br>**35531 Camino Capistrano**<br>**San Clemente, CA 92672** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Godfrey Oritz**<br>**47-184 Hui Akepa Pl.**<br>**Apt. D**<br>**Kaneohe, HI 96744-4312** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kim Partika**<br>**603 Hamakua Pl.**<br>**Kailua, HI 96734-3925** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Alicia Park**<br>**1301 Diamond Head Road**<br>**Honolulu, HI 96815** |

Sheet   **7**   of   **28**   continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **David Sung Park**<br>**3101 Diamond Head Road**<br>**Honolulu, HI 96815** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kim & Kanoenani Reece**<br>**440 Auwina Pl.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Raghu Reedy**<br>**772 Fell Street, No. 2**<br>**San Francisco, CA 94117** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Johanna Resig**<br>**469 Lawelawe St.**<br>**Honolulu, HI 96821** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Beatriz Lorenza Rodriquez**<br>**Beatriz Lorenza Rodriquez Trus**<br>**651 Halo St., MEB 224H**<br>**Honolulu, HI 96813-5534** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Ikaika Rogerson**<br>**41-214 Nalu Street**<br>**Waimanalo, HI 96795-1753** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Lani Ann Sakoda**<br>**1166 Embury**<br>**Pacific Palisades, CA 90272** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kristi & Dane Sardinha**<br>**156 Ku'ulei Rd**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael & Miranda Scott**<br>**49-495 Ahuimanu Rd.**<br>**Pearl City, HI 96782** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bryan S. Sharff**<br>**1800 N. Oak St., Apt 1601**<br>**Arlington, VA 22209-1146** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Wade Shigemasa**<br>**2315 Aumakua St.**<br>**Pearl City, HI 96782-1146** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael K. Skedeleski**<br>**98-844 Leialii St.**<br>**Aiea, HI 96701-2750** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Daly Stevens**<br>**1394 Kina Street**<br>**Kailua, HI 96734-3726** |

Sheet __8__ of __28__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Gerald Takeuchi**<br>**2315 Aumakua St.**<br>**Pearl City, HI 96782** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Willibrord K. Tallet**<br>**Willibrord K. Tallet Trust**<br>**47-696 Hui Alala St.**<br>**Kaneohe, HI 96744** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Tamotsu Tanaka**<br>**Profit Sharing Plan**<br>**1288 Ala Moana Blvd, Apt.15F**<br>**Honolulu, HI 96814** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Tamotsu & Esther Tanaka**<br>**1288 Ala Moana Blvd**<br>**Apt 15F**<br>**Honolulu, HI 96814** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Noel Tucker**<br>**P.O. Box 159252**<br>**Honolulu, HI 96830-1004** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **James & Teresa Ventura**<br>**421 Paumakua Pl.**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jason Kealii Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jeffrey Ventura**<br>**421 Paumakua PL**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jeffrey & Suzanne Ventura**<br>**1123 Mokapu Blvd**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jonathan K. Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Jackie & Eric Walden**<br>**P.O. Box 22222**<br>**Honolulu, HI 96823** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Guy & Michele Watanabe**<br>**4538 Waikui St.**<br>**Honolulu, HI 96821-1104** |

Sheet __**9**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**
_____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Harold & Leslie Watanabe**<br>**4538 Waikui Street**<br>**Honolulu, HI 96821-1104** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kia'aina Wong**<br>**829 Mokulua Dr.**<br>**Kailua, HI 96734-3107** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Carol Wood**<br>**1176 Alewa Dr.**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Ronald Wun**<br>**16 Homelani Pl**<br>**Honolulu, HI 96817-1113** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sei Jeong Yee**<br>**500 Ala Moana Blvd.**<br>**Suite 3-405**<br>**Honolulu, HI 96813** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bryce Zane**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96819** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Black Ivory, LLC**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96813** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Waimana Enterprises, Inc.**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96813** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Albert Hee**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96813** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sunset Plaza, LLC**<br>**c/o James Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sunset Plaza, LLC**<br>**c/o Patrick Chun**<br>**440 Auwina Pl**<br>**Kailua, HI 96734** |

Sheet __**10**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re   **Marc R. Labgold**_____, Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Ohana Capital Investments, LLC**<br>**c/o Dana Ichinotsubo**<br>**2145 Aulii St.**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Prestige Capital Group, LLC**<br>**c/o Randall Ho**<br>**3876 Nikolo St.**<br>**Honolulu, HI 96815** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Prestige Capital Group, LLC**<br>**James Ventura**<br>**421 Paumakua PL**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **BG Rosecrans, LP**<br>**c/o Martin Blank, Esq.**<br>**1990 S. Bundy Drive, Ste. 540**<br>**Los Angeles, CA 90025-5345** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Lucky & Marilyn Cole**<br>**59-229 Ke Nui Rd., Apt. C**<br>**Haleiwa, HI 96712-8608** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Lee Brossier**<br>**174 Kailuana Loop**<br>**Kailua, HI 96734-1659** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **James Sakoda**<br>**c/o Patrick Chun**<br>**440 Auwina PL**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Executive Bio Ventures, LLC**<br>**c/o George Johkhadze**<br>**3 Comstock Queen Court**<br>**Mountain View, CA 94043** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Crown Point Ventures, LLC**<br>**c/o Peter Lobban**<br>**59 Los Altos Square**<br>**Los Altos, CA 94022** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **James F. Ventura, Trustee**<br>**James Francis Ventura Trust**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Teresa Collette Ventura Trust**<br>**c/o James Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |

Sheet __**11**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re     **Marc R. Labgold**                                                          ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Irrevocable Trust of J.F.Ventu**<br>**c/o James Ventura**<br>**421 Paumakua PL**<br>**Kailua, HI 96734** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Edward Tannenbaum**<br>**12812 S. Bristol Cir.**<br>**Los Angeles, CA 90049-3738** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Wallace Wetherwax**<br>**7171 Kukii Street**<br>**Honolulu, HI 26825-1601** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Deana Arnold**<br>**24155 Miller Cut Off**<br>**Los Gatos, CA 95033** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sandy Chu**<br>**500 W. Middlefield Road**<br>**Apt. 106**<br>**Mountain View, CA 94043** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Carol Cleary**<br>**2369 Sharon Road**<br>**La Honda, CA 94020** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dory Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mike Jen**<br>**1035 Aster Ave.**<br>**#2111**<br>**Sunnyvale, CA 94086** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Heather Meyer**<br>**3886 Adriaticx Way**<br>**Santa Clara, CA 95051** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Heather Meyer**<br>**3886 Adriaticx Way**<br>**Santa Clara, CA 95051** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Scott T. Nekota**<br>**750 N. Shoreline Blvd. #10**<br>**Mountain View, CA 94043** |

Sheet __**12**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kathleen Shiffer**<br>**123 H Seminary Drive**<br>**Mill Valley, CA 94941** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **David A Suhy**<br>**32 Hurst Court**<br>**San Jose, CA 95126** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Albert G. Yee**<br>**2000 Petruchio Way**<br>**Roseville, CA 95661** |
| **Antara Bioscience, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sei Jeong Yee**<br>**500 Ala Moana Blvd**<br>**Suite 3-405**<br>**Honolulu, HI 96813** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Chandramohan V. Ammini**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Sarah J. Brashears**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Gregory Bogdan**<br>**c/o Altara Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Patrick chu**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Kilian Dill**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Luz Maria Garcia**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Robert Gordon**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |

Sheet __**13**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mark T. Kozlowski**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Peter E. Lobban**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Natalia Lysaya**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bich Nguyen**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Michael Norris**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Joelle Ogi**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Laurie Jan Reisinger**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Schel Reyes**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Naiping Shen**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Bradley J. Scherer**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |

Sheet   **14**   of   **28**   continuation sheets attached to the Schedule of Codebtors

In re  **Marc R. Labgold** _____,  Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Dawei Sheng**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Mark O. Trulson**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Avenue**<br>**Mountain View, CA 94043** | **Lavonne Young**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Antara Biosciences, Inc.**<br>**2375 Garcia Street**<br>**Mountain View, CA 94043** | **Chandramohan V. Ammini**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Chandramohan V. Ammini**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Gregory Bogdan**<br>**c/o Alto Litigaion, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Patrick Chu**<br>**c/o ALTO Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Kilian Dill**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Luz Maria Garcia**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Robert Gordon**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |

Sheet __**15**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **George Jokhadze**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Mark T. Kozlowski**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Peter E. Lobban**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, $1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Natalia Lysaya**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Bich Nguyen**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Michael Norris**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Joelle Ogi**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Laurie Jan Reisinger**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Schel Reyes**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Bradley J. Scherer**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |

Sheet __**16**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Naiping Shen**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Dawei Sheng**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Mark O. Trulson**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Lavonne Young**<br>**c/o Alto Litigation, P.C.**<br>**4 Embarcadero Center, #1400**<br>**San Francisco, CA 94111** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Aaron Anzai**<br>**1627 Palamoi Street**<br>**Pearl City, HI 96782-1557** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Bryan Anzai**<br>**1077 Kalapaki Streeet**<br>**Honolulu, HI 96825** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Robin Y.H. Auyong**<br>**94-673 Noheaiki Place**<br>**Waipahu, HI 96797-4847** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Karen Bowman-Kirk**<br>**P.O. Box 879**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Robert Bowman**<br>**P.O. Box 879**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Mark Brandt**<br>**2112 N. Sheffield Avenue**<br>**Chicago, IL 60614** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Catherine A. Brossier**<br>**174 Kailuana Loop**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Leon A. Brossier**<br>**174 Kailuana Loop**<br>**Kailua, HI 96734** |

Sheet __17__ of __28__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re   **Marc R. Labgold**                                                      ,      Case No. _____
                                               Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Dana and Bradley Cahoon<br>265 125th Avenue<br>Hudson, WI 54016 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Scott Chambers<br>Patton Boggs<br>2550 M Street, N.W.<br>Washington, DC 20037 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Karen I. Chock<br>1387 Aupula Place<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Keola Chun<br>440 Auwina Place<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Kuulei Chun<br>440 Auwina Place<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Michael Chun<br>440 Auwina Place<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Patrick Chun<br>440 Auwina Place<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Susan Chun<br>1717 Uhi Place<br>Honolulu, HI 96821 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Alice S. DeBolt<br>865 E. 5550 South<br>Ogden, UT 84405 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Michael Denisoff<br>1722 Esplanade Ave., No. 6<br>Redondo Beach, CA 90277 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Eurus Genomics KK<br>8-18-4 Ginza, Chuo-ku<br>Tokyo 104-0061, Japan |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Kenneth Flores<br>47-517 Apau Loop<br>Kaneohe, HI 96744 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Cindy MacFarlane<br>47-517 Apau Loop<br>Kaneohe, HI 96744 |

Sheet __18__ of __28__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Stephen Fujikami<br>1815 Laukahi Street<br>Honolulu, HI 96821 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Gary Gayton<br>2125 First Street, Unit 1004<br>Seattle, WA 98121 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Christina Gordon<br>3478 E. Manoa Road<br>Honolulu, HI 96822 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | David S. Goto, Trustee<br>David S.Goto Revocable Trust<br>42-273 Old Kalanianaole Road<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Sam Guerrero<br>650 Keolu Drive<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Richard P. Guy & Mary Kaiser<br>1600 Ala Moana Blvd, Apt. 3706<br>Honolulu, HI 96815 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Jeffrey & Alicia Heller<br>37 Coquina Ridge Way<br>Ormond Beach, FL 32174 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Mark & Traci Hirakawa<br>45-234 Hikiwale Street<br>Kaneohe, HI 96744 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Randall Y.C. Ho<br>3876 Nikolo Street<br>Honolulu, HI 96815 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Chris Hochuli & Raynell Noelan<br>1116 Kealaolu Avenue<br>Honolulu, HI 96816 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Hochuli Family Limited Partner<br>P. O. Box 437238<br>Honolulu, HI 96816 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Ron & Marleen Hochuli<br>P.O. Box 437238<br>Kamuela, HI 96743 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Edward & Jean Ichinotsubo<br>45-212 Mokulele Dr.<br>Kaneohe, HI 96744 |

Sheet  __19__  of  __28__  continuation sheets attached to the Schedule of Codebtors

In re  **Marc R. Labgold**                                              ,   Case No. _____
                                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Richard & Pearl Ichinotsubo**<br>**1295-A Moanalualani Ct.**<br>**Honolulu, HI 96819** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Wayne N. Inouye Revoc. Liv. Tr**<br>**2533 Narcissus Pl.**<br>**Honolulu, HI 96816** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Wayne Nobuo Inouye**<br>**2533 Narcissus Pl.**<br>**Honolulu, HI 96816** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Brandon H.W. Kam**<br>**55 S. Judd Street, Apt 1010**<br>**Honolulu, HI 96817-2610** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Louis Kauo**<br>**4100 Whitsett Aven.**<br>**Studio City, CA 91604** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Priscilla Kemp**<br>**45-707 Hinamoe Loop**<br>**Kaneohe, HI 96744** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **R and S Kennedy Rev. Liv. TR**<br>**c/o Patrick Chun**<br>**440 Auwina Pl.**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Kaleo Kia**<br>**c/o Patrick Chun**<br>**440 Auwina Pl.**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Mr. & Mrs. Charles O. Kim, Jr.**<br>**4939 Kolohala St.**<br>**Honolulu, HI 96816** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Dennis K. Kiyota**<br>**45-302 Mokulele Dr.**<br>**Kaneohe, HI 96744-2245** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Garret K. Kojima**<br>**3615 Harding Ave., Ste 405**<br>**Honolulu, HI 96816-3758** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Konishi & Hirakawa Trust**<br>**3902 Waokanaka Street**<br>**Honolulu, HI 96817** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Wendell Kop**<br>**345 Mamaki Street**<br>**Honolulu, HI 96821** |

Sheet  **20**  of  **28**  continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                        ,    Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Mr. & Mrs. Jeremy Kozuki**<br>**427 Kaulana Street**<br>**Kahului, HI 96732-2050** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jonathan Kuba**<br>**5312 Apo Drive**<br>**Honolulu, HI 96822** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Charles & Lillian Kubo**<br>**4456 Puu Panini Avenue**<br>**Honolulu, HI 96816-4742** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Clem Lagundimao**<br>**667 Waikanaloa Street**<br>**Honolulu, HI 96825** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **George G.H. Lau**<br>**94-1065 Pulelo Street**<br>**Waipahu, HI 96797-5050** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Daniel F.S. Lee**<br>**The Asian Pacific Foundation**<br>**926 Manuwili Cr.**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Delbert Lee**<br>**1438 Akuleana Pl.**<br>**Kailua, HI 96734-4150** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Daniel F.S. Lee**<br>**926 Manuwili Cr.**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Denise C. Lee**<br>**25672 Minos Street**<br>**Mission Viejo, CA 92691** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Dominique J. Lee**<br>**21986 Kitridge**<br>**Mission Viejo, CA 92692** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Ronald F.M. Lee**<br>**1436 Paina Street**<br>**Honolulu, HI 96817** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Stefanie Lee**<br>**1355 Akalani Loop**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Kam-Chi Daniel Leung**<br>**60 N. Beretania St.**<br>**Apt. 2202**<br>**Danbury, CT 06817** |

Sheet __21__ of __28__ continuation sheets attached to the Schedule of Codebtors

In re   **Marc R. Labgold**                                              ,   Case No. _____
                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **William Lindemann**<br>**177 Polihale Place**<br>**Honolulu, HI 96825** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Constance & Anthony J. Lopez**<br>**747 N. Kainalu Drive**<br>**Paia, HI 96779-1960** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Lois Mark**<br>**P.O. Box 790114**<br>**Paia, HI 96779-0114** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jody Ann Martin**<br>**c/o James Ventura**<br>**421 Paumakua Pl.**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Justin & Stephanie Matsukawa**<br>**91-941 Laaulu St.**<br>**Ewa Beach, HI 96706** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Robert & Sandra McFarlane**<br>**3750 Waokanaka St.**<br>**Honolulu, HI 96817** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Sharlyne Mihara**<br>**718 Paopua Loop**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Michael & Sheri Mock**<br>**128 Hoolako Pl.**<br>**Honolulu, HI 96825-3518** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Donald & Judy Moody**<br>**555-D Keolu Drive**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Kay Mukaigawa**<br>**Nelson Oyadomari**<br>**1568 Ala Napunani St.**<br>**Honolulu, HI 96818-1527** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Scott Nekota**<br>**2672 Pamoa Road**<br>**Honolulu, HI 96822** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Thomas J. O'Keefe, Trustee**<br>**O'Keefe Family Trust**<br>**35531 Camino Capistrano**<br>**San Clemente, CA 92672** |

Sheet  **22**  of  **28**  continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**
_____,    Case No. _____
                                                         Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Godfrey Oritz<br>47-184 Hui Akepa Pl.<br>Apt. D<br>Kaneohe, HI 96744-4312 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Kim Partika<br>603 Hamakua Pl.<br>Kailua, HI 96734-3925 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Alicia Park<br>1301 Diamond Head Road<br>Honolulu, HI 96815 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | David Sung Park<br>3101 Diamond Head Road<br>Honolulu, HI 96815 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Kim & Kanoenani Reece<br>440 Auwina Pl.<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Raghu Reedy<br>772 Fell Street, No. 2<br>San Francisco, CA 94117 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Johanna Resig<br>469 Lawelawe St.<br>Honolulu, HI 96821 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Beatriz Lorenza Rodriquez<br>Beatriz Lorenza Rodriquez Trus<br>651 Halo St., MEB 224H<br>Honolulu, HI 96813-5534 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Ikaika Rogerson<br>41-214 Nalu Street<br>Waimanalo, HI 96795-1753 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Lani Ann Sakoda<br>1166 Embury<br>Pacific Palisades, CA 90272 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Kristi & Dane Sardinha<br>156 Ku'ulei Rd<br>Kailua, HI 96734 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Michael & Miranda Scott<br>49-495 Ahuimanu Rd.<br>Pearl City, HI 96782 |
| Dana Ichinotsubo<br>2145 Aulii Street<br>Honolulu, HI 96817 | Bryan S. Sharff<br>1800 N. Oak St., Apt 1601<br>Arlington, VA 22209-1146 |

Sheet __23__ of __28__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                    , Case No. _____
                                   Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Wade Shigemasa**<br>**2315 Aumakua St.**<br>**Pearl City, HI 96782-1146** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Michael K. Skedeleski**<br>**98-844 Leialii St.**<br>**Aiea, HI 96701-2750** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Daly Stevens**<br>**1394 Kina Street**<br>**Kailua, HI 96734-3726** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Gerald Takeuchi**<br>**2315 Aumakua St.**<br>**Pearl City, HI 96782** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Willibrord K. Tallet**<br>**Willibrord K. Tallet Trust**<br>**47-696 Hui Alala St.**<br>**Kaneohe, HI 96744** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Tamotsu Tanaka**<br>**Profit Sharing Plan**<br>**1288 Ala Moana Blvd, Apt.15F**<br>**Honolulu, HI 96814** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Tamotsu & Esther Tanaka**<br>**1288 Ala Moana Blvd**<br>**Apt 15F**<br>**Honolulu, HI 96814** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Noel Tucker**<br>**P.O. Box 159252**<br>**Honolulu, HI 96830-1004** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **James & Teresa Ventura**<br>**421 Paumakua Pl.**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jason Kealii Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jeffrey Ventura**<br>**421 Paumakua PL**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jeffrey & Suzanne Ventura**<br>**1123 Mokapu Blvd**<br>**Kailua, HI 96734** |

Sheet __24__ of __28__ continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                                                      ,    Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jonathan K. Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Jackie & Eric Walden**<br>**P.O. Box 22222**<br>**Honolulu, HI 96823** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Guy & Michele Watanabe**<br>**4538 Waikui St.**<br>**Honolulu, HI 96821-1104** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Harold & Leslie Watanabe**<br>**4538 Waikui Street**<br>**Honolulu, HI 96821-1104** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Kia'aina Wong**<br>**829 Mokulua Dr.**<br>**Kailua, HI 96734-3107** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Carol Wood**<br>**1176 Alewa Dr.**<br>**Honolulu, HI 96817** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Ronald Wun**<br>**16 Homelani Pl**<br>**Honolulu, HI 96817-1113** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Sei Jeong Yee**<br>**500 Ala Moana Blvd.**<br>**Suite 3-405**<br>**Honolulu, HI 96813** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Bryce Zane**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96819** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Black Ivory, LLC**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96813** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Waimana Enterprises, Inc.**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96813** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Albert Hee**<br>**1003 Bishop Street**<br>**Pauahi Tower, 27th Floor**<br>**Honolulu, HI 96813** |

Sheet __**25**__ of __**28**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    **Marc R. Labgold**_____,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Sunset Plaza, LLC**<br>**c/o James Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Sunset Plaza, LLC**<br>**c/o Patrick Chun**<br>**440 Auwina Pl**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Prestige Capital Group, LLC**<br>**c/o Randall Ho**<br>**3876 Nikolo St.**<br>**Honolulu, HI 96815** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Prestige Capital Group, LLC**<br>**James Ventura**<br>**421 Paumakua PL**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **BG Rosecrans, LP**<br>**c/o Martin Blank, Esq.**<br>**1990 S. Bundy Drive, Ste. 540**<br>**Los Angeles, CA 90025-5345** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Lucky & Marilyn Cole**<br>**59-229 Ke Nui Rd., Apt. C**<br>**Haleiwa, HI 96712-8608** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Lee Brossier**<br>**174 Kailuana Loop**<br>**Kailua, HI 96734-1659** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **James Sakoda**<br>**c/o Patrick Chun**<br>**440 Auwina PL**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Executive Bio Ventures, LLC**<br>**c/o George Johkhadze**<br>**3 Comstock Queen Court**<br>**Mountain View, CA 94043** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Crown Point Ventures, LLC**<br>**c/o Peter Lobban**<br>**59 Los Altos Square**<br>**Los Altos, CA 94022** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **James F. Ventura, Trustee**<br>**James Francis Ventura Trust**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |

Sheet **26** of **28** continuation sheets attached to the Schedule of Codebtors

In re    **Marc R. Labgold**                                         ,    Case No. _____
                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Teresa Collette Ventura Trust**<br>**c/o James Ventura**<br>**421 Paumakua Pl**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Irrevocable Trust of J.F.Ventu**<br>**c/o James Ventura**<br>**421 Paumakua PL**<br>**Kailua, HI 96734** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Edward Tannenbaum**<br>**12812 S. Bristol Cir.**<br>**Los Angeles, CA 90049-3738** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Wallace Wetherwax**<br>**7171 Kukii Street**<br>**Honolulu, HI 26825-1601** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Deana Arnold**<br>**24155 Miller Cut Off**<br>**Los Gatos, CA 95033** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Sandy Chu**<br>**500 W. Middlefield Road**<br>**Apt. 106**<br>**Mountain View, CA 94043** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Carol Cleary**<br>**2369 Sharon Road**<br>**La Honda, CA 94020** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Mike Jen**<br>**1035 Aster Ave.**<br>**#2111**<br>**Sunnyvale, CA 94086** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Scott T. Nekota**<br>**750 N. Shoreline Blvd. #10**<br>**Mountain View, CA 94043** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Kathleen Shiffer**<br>**123 H Seminary Drive**<br>**Mill Valley, CA 94941** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **David A Suhy**<br>**32 Hurst Court**<br>**San Jose, CA 95126** |
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Albert G. Yee**<br>**2000 Petruchio Way**<br>**Roseville, CA 95661** |

Sheet __27__ of __28__ continuation sheets attached to the Schedule of Codebtors

In re      **Marc R. Labgold**                                                        ,      Case No. _____
                                                      Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Ichinotsubo**<br>**2145 Aulii Street**<br>**Honolulu, HI 96817** | **Sei Jeong Yee**<br>**500 Ala Moana Blvd**<br>**Suite 3-405**<br>**Honolulu, HI 96813** |
| **Nagashima & Hashimoto** | **Young Conaway Stargatt & Taylo**<br>**c/o Donal E. Reid, Esq.**<br>**121 N. Market Street**<br>**Wilmington, DE 19801** |

Sheet __28__ of __28__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Marc R. Labgold**                                                                 Case No.
                                   Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>daughter<br>daughter<br>daughter<br>daughter | AGE(S):<br>16<br>17<br>19<br>20 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | |
| Name of Employer | **Marc R. Labgold, P.C.** | |
| How long employed | | |
| Address of Employer | **12007 Sunrise Valley Drive<br>Suite 110<br>Reston, VA 20191** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **9,000.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **9,000.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **9,040.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **9,040.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **-40.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **36,428.57** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **125.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **36,553.57** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **36,513.57** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **36,513.57** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **It is anticipated that income from the business will decrease in the next few months.**

B6J (Official Form 6J) (12/07)

In re  **Marc R. Labgold**                                                      Case No. _____
_____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 20,360.03 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | | $ | 460.00 |
| b. Water and sewer | | | $ | 162.21 |
| c. Telephone | | | $ | 100.00 |
| d. Other  **Comcast cable/internet** | | | $ | 318.75 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 1,166.67 |
| 4. Food | | | $ | 1,000.00 |
| 5. Clothing | | | $ | 1,000.00 |
| 6. Laundry and dry cleaning | | | $ | 200.00 |
| 7. Medical and dental expenses | | | $ | 850.00 |
| 8. Transportation (not including car payments) | | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 500.00 |
| 10. Charitable contributions | | | $ | 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 603.62 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 905.00 |
| d. Auto | | | $ | 138.46 |
| e. Other  **Umbrella policy** | | | $ | 39.17 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)  **See Detailed Expense Attachment** | | | $ | 1,525.38 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other _____ | | | $ | 0.00 |
| c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 22,500.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 3,323.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | | $ | 1,854.68 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 57,606.97 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 36,513.57 |
| b. | Average monthly expenses from Line 18 above | $ | 57,606.97 |
| c. | Monthly net income (a. minus b.) | $ | -21,093.40 |

**B6J (Official Form 6J) (12/07)**

In re   **Marc R. Labgold**                                                    Case No.  _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| **Pima County Taxes, AZ** | $ | 657.09 |
| **Fairfax County VA** | $ | 868.29 |
| **Total Tax Expenditures** | $ | 1,525.38 |

**Other Expenditures:**

| | | |
|---|---|---:|
| **SOMA Condo fee AZ** | $ | 1,294.72 |
| **N.W. Exterminating AZ** | $ | 72.00 |
| **HBS management Solutions AZ** | $ | 100.00 |
| **Rural Metro Fire Dept. (mandatory) AZ** | $ | 53.00 |
| **Sabino Estates Association fee** | $ | 65.00 |
| **Sabino Springs HOA** | $ | 50.71 |
| **Reston Trash Removal** | $ | 39.00 |
| **Terminx** | $ | 104.00 |
| **Reston Association** | $ | 49.17 |
| **Compass Point Cluster HOA** | $ | 27.08 |
| **Total Other Expenditures** | $ | 1,854.68 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

## United States Bankruptcy Court
### Eastern District of Virginia

In re    **Marc R. Labgold**                                Case No. _____

                                         Debtor(s)        Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **80**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 23, 2013** _____         Signature    **/s/ Marc R. Labgold** _____

                                                          **Marc R. Labgold**

                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Marc R. Labgold**                                                      Case No.
_____
                                    Debtor(s)             Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,214,231.00** | **Debtor from law practice 2011** |
| **$1,438,084.00** | **Debtor from law practice 2012** |
| **$255,000.00** | **Debtor from law practice year to date 2013** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, trade, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,909.00** | **Interest income 2012** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| **$2,194.00** | **Interest income 2011** |
| **$875.00** | **Interest income year to date 2013** |

---

**3. Payments to creditors**

None    ***Complete a. or b., as appropriate, and c.***
☐

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Harry Isslerr, PLLC**<br>**50 Sutton Place**<br>**New York, NY 10022** | **July 1, 2013** | **$10,286.65** | **$0.00** |
| **Citibank** | **7/9/2013** | **$1,000.00** | **$0.00** |
| **Ellen Labgold** | | **$17,500.00** | **$0.00** |
| **Citibank** | **6/26/2013** | **$2,000.00** | **$0.00** |
| **Citibank** | **6/19/2013** | **$1,000.00** | **$0.00** |
| **Citibank** | **6/19/2013** | **$2,500.00** | **$0.00** |
| **Citibank** | **6/19/2013** | **$3,503.50** | **$0.00** |
| **Allstate Insurance** | **6/17/2013** | **$705.00** | **$0.00** |
| **CitiMortgage** | **6/03/2013** | **$6,000.00** | **$0.00** |
| **Ellen Labgold** | **6/3/2013** | **$17,500.00** | **$0.00** |
| **Rent for Daughter per court order** | | **$810.00** | **$0.00** |
| **Audi Financial**<br>**Wife's lease paid from joint account** | **5/25/2013** | **$916.91** | **$0.00** |
| **American Express** | **5/22/2013** | **$7,022.61** | **$0.00** |
| **Harry Issler, Esq.** | | **$3,000.00** | **$0.00** |
| **Marc R. Labgold LLC**<br>**repayment to firm** | | **$1,203.00** | **$0.00** |
| **refund of wedding check** | | **$2,900.00** | **$0.00** |
| **VA. Dept of Taxation**<br>**Property Taxes** | **5/02/2013** | **$5,877.00** | **$0.00** |

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Citibank MC/Visa** | **5/1/2013** | **$1,000.00** | **$0.00** |
| **Citibank Mastercard** | **5/1/2013** | **$1,000.00** | **$0.00** |
| **Citibank Line of Credit payment** | **5/1/2013** | **$2,000.00** | **$0.00** |
| **CitiMortgage** | **4/30/2013** | **$6,000.00** | **$0.00** |
| **Linda D. Regenhardt** | **7/19/2013** | **$2,100.00** | **$0.00** |
| **Mark Sandground, Esq.** | **7/15/2013** | **$3,000.00** | **$0.00** |
| **CitiMortgage** | **7/22/2013** | **$6,000.00** | **$0.00** |
| **Ellen Labgold** | **7/22/2013** | **$20,000.00** | **$0.00** |

None
■
   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■
   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

   **4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ammini, et. al. v. Antara Biosciences, Inc. et. al** | **wage claims and fraud** | **Superior Court of the State of California for the County of Santa Clara** | **pending** |
| **Young Conaway Stargatt & Taylor, LLP v. Oki Data Corp./ Third party complaint re Debtor and Nagashima & Hashimoto** | **breach of contract/ malpractice** | **In the Superior Court of the State of Delaware for New Castle County** | **pending** |

None
■
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5.  Repossessions, foreclosures and returns**

None  ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6.  Assignments and receiverships**

None  ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7.  Gifts**

None  ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8.  Losses**

None  ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**9.  Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GaryRegenhardtGoldsteinWade**<br>**8500 Leesburg Pike, Suite 400**<br>**Vienna, VA 22182** | **April 30, 2013** | **$15,000.00 in retainer, $14,137 of which was later transferred to Linda Regenhardt LLC** |
| **Linda Regenhardt LLC**<br>**100 N. Pitt Street, Suite 206**<br>**Alexandria, VA 22314** | **July 19, 2013** | **$2,000.00** |

**10.  Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

6

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

7

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

     *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

     *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Marc R. Labgold P.C.** | 27-0603222 | **12007 Sunrise Valley Drive, Suite 110 Reston, VA 20191** | **law firm** | **formed July 23, 2009** |
| **Antara Bioscience, Inc.** | | **2375 Garcia Avenue Mountain View, CA 94043** | **Bio tech** | **filed for bankruptcy** |
| **Siometrix, Inc.** | | **1505 O'Brien Drive Menlo Park, CA 94025** | **Bio Tech** | |
| **Trinity Capitol, LLC** | | **6000 Towers Cresent Drive Vienna, VA 22182** | **holder of investment interest in Siometrix, Inc.** | **closed** |
| **Luxury Image Group, LLC** | | | **Cosmetics** | **closed** |
| **Etablic Cosmetics, Inc.** | | | **Cosmetics** | **closed** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                 ADDRESS

---

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

B7 (Official Form 7) (04/13)
8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

B7 (Official Form 7) (04/13)
9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 23, 2013**                     Signature   **/s/ Marc R. Labgold**

                                                         **Marc R. Labgold**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Marc R. Labgold** _____     Case No. _____
                                    Debtor(s)              Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CitiMortgage, Inc.** | **Describe Property Securing Debt:**<br>**2257 Compass Point Lane**<br>**Reston, VA 20191** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July 23, 2013** _____     Signature   **/s/ Marc R. Labgold** _____
                                                        **Marc R. Labgold**
                                                        Debtor

Form B203                                                                          2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Marc R. Labgold**                                                      Case No.
_____
                                    Debtor(s)                        Chapter      **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $ _____375.00 per hour___

   Prior to the filing of this statement I have received ........................................ $ **_15000.00 in retainer_**

   Balance Due .............................................................................................. $ _____**0.00**

2.  $ __**306**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other *(specify)*

4.  The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other *(specify)*

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Representation of Debtor in any 2004 examinations or contested matters.**

Form B203 - Continued                                                                          2005 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date July 23, 2013

/s/ Linda D. Regenhardt

**Linda D. Regenhardt 27455**
*Signature of Attorney*

**Linda Regenhardt, L.L.C.**
*Name of Law Firm*
**100 N. Pitt Street
Suite 206
Alexandria, VA 22314-3134
703-539-0309   Fax: 703-518-9931**

---

### For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>
### (For all Cases Filed on or after 10/17/2005)
## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

*Date*

*Signature of Attorney*

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Marc R. Labgold**              Case No. _____

                        Debtor(s)     Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Marc R. Labgold** | X | **/s/ Marc R. Labgold** | **July 23, 2013** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

.

Aaron Anzai
1627 Palamoi Street
Pearl City, HI 96782-1557


Akolea LLC
3101 Diamond Head Road
Kailua, HI 96734


Albert G. Yee
2000 Petruchio Way
Roseville, CA 95661


Albert Hee
1003 Bishop Street
Pauahi Tower, 27th Floor
Honolulu, HI 96813


Alice S. DeBolt
865 E. 5550 South
Ogden, UT 84405


Alicia Park
1301 Diamond Head Road
Honolulu, HI 96815


Antara Bioscience, Inc.
2375 Garcia Avenue
Mountain View, CA 94043


Antara Biosciences, Inc.
2375 Garcia Avenue
Mountain View, CA 94043


Antara Biosciences, Inc.
2375 Garcia Street
Mountain View, CA 94043


Beatriz Lorenza Rodriquez
Beatriz Lorenza Rodriquez Trus
651 Halo St., MEB 224H
Honolulu, HI 96813-5534

```
BG Rosecrans, LP
c/o Martin Blank, Esq.
1990 S. Bundy Drive, Ste. 540
Los Angeles, CA 90025-5345


Bich Nguyen
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Black Ivory, LLC
1003 Bishop Street
Pauahi Tower, 27th Floor
Honolulu, HI 96813


Bradley J. Scherer
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Brandon H.W. Kam
55 S. Judd Street, Apt 1010
Honolulu, HI 96817-2610


Bryan Anzai
1077 Kalapaki Streeet
Honolulu, HI 96825


Bryan S. Sharff
1800 N. Oak St., Apt 1601
Arlington, VA 22209-1146


Bryce Zane
1003 Bishop Street
Pauahi Tower, 27th Floor
Honolulu, HI 96819


Carol Cleary
2369 Sharon Road
La Honda, CA 94020


Carol Wood
1176 Alewa Dr.
Honolulu, HI 96817
```

Catherine A. Brossier
174 Kailuana Loop
Kailua, HI 96734


Chandramohan V. Ammini
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Charles & Lillian Kubo
4456 Puu Panini Avenue
Honolulu, HI 96816-4742


Chris Hochuli & Raynell Noelan
1116 Kealaolu Avenue
Honolulu, HI 96816


Christina Gordon
3478 E. Manoa Road
Honolulu, HI 96822


Cindy MacFarlane
47-517 Apau Loop
Kaneohe, HI 96744


Citibank
P. O. Box 6243
Sioux Falls, SD 57117-6243


CitiBank Platinum Select
P.O. Box 183071
Columbus, OH 43218-3071


Citibank Ready Credit Line
P.O.Box 790110
Saint Louis, MO 63179-0110


CitiCard
P.O. Box 183071
Columbus, OH 43218-3071


CitiMortgage, Inc.
P. O. Box 6243
Sioux Falls, SD 57117-6243

Clem Lagundimao
667 Waikanaloa Street
Honolulu, HI 96825


Constance & Anthony J. Lopez
747 N. Kainalu Drive
Paia, HI 96779-1960


Crown Point Ventures, LLC
c/o Peter Lobban
59 Los Altos Square
Los Altos, CA 94022


Daly Stevens
1394 Kina Street
Kailua, HI 96734-3726


Dana & Dale Ichinotsubo
2145 Aulii Street
Honolulu, HI 96817


Dana and Bradley Cahoon
265 125th Avenue
Hudson, WI 54016


Dana Ichinotsubo
2145 Aulii Street
Honolulu, HI 96817


Daniel F.S. Lee
The Asian Pacific Foundation
926 Manuwili Cr.
Kailua, HI 96734


Daniel F.S. Lee
926 Manuwili Cr.
Kailua, HI 96734


David A Suhy
32 Hurst Court
San Jose, CA 95126

David S. Goto, Trustee
David S.Goto Revocable Trust
42-273 Old Kalanianaole Road
Kailua, HI 96734


David Sung Park
3101 Diamond Head Road
Honolulu, HI 96815


Dawei Sheng
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Deana Arnold
24155 Miller Cut Off
Los Gatos, CA 95033


Delbert Lee
1438 Akuleana Pl.
Kailua, HI 96734-4150


Denise C. Lee
25672 Minos Street
Mission Viejo, CA 92691


Dennis K. Kiyota
45-302 Mokulele Dr.
Kaneohe, HI 96744-2245


Dominique J. Lee
21986 Kitridge
Mission Viejo, CA 92692


Donald & Judy Moody
555-D Keolu Drive
Kailua, HI 96734


Dory Ichinotsubo
2145 Aulii Street
Honolulu, HI 96817


Edward & Jean Ichinotsubo
45-212 Mokulele Dr.
Kaneohe, HI 96744

Edward Tannenbaum
12812 S. Bristol Cir.
Los Angeles, CA 90049-3738


Ellen Labgold
18237 Cypress Point Terrace
Leesburg, VA 20176


Eurus Genomics KK
8-18-4 Ginza, Chuo-ku
Tokyo 104-0061, Japan


Executive Bio Ventures, LLC
c/o George Johkhadze
3 Comstock Queen Court
Mountain View, CA 94043


Garret K. Kojima
3615 Harding Ave., Ste 405
Honolulu, HI 96816-3758


Gary Gayton
2125 First Street, Unit 1004
Seattle, WA 98121


George G.H. Lau
94-1065 Pulelo Street
Waipahu, HI 96797-5050


George Jokhadze
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Gerald Takeuchi
2315 Aumakua St.
Pearl City, HI 96782


Godfrey Oritz
47-184 Hui Akepa Pl.
Apt. D
Kaneohe, HI 96744-4312

Gregory Bogdan
c/o Alto Litigaion, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Guy & Michele Watanabe
4538 Waikui St.
Honolulu, HI 96821-1104


Harold & Leslie Watanabe
4538 Waikui Street
Honolulu, HI 96821-1104


Heather Meyer
3886 Adriaticx Way
Santa Clara, CA 95051


Hochuli Family Limited Partner
P. O. Box 437238
Honolulu, HI 96816


Ikaika Rogerson
41-214 Nalu Street
Waimanalo, HI 96795-1753


Irrevocable Trust of J.F.Ventu
c/o James Ventura
421 Paumakua PL
Kailua, HI 96734


Jackie & Eric Walden
P.O. Box 22222
Honolulu, HI 96823


James & Teresa Ventura
421 Paumakua Pl.
Kailua, HI 96734


James F. Ventura, Trustee
James Francis Ventura Trust
421 Paumakua Pl
Kailua, HI 96734

James Sakoda
c/o Patrick Chun
440 Auwina PL
Kailua, HI 96734


Jason Kealii Ventura
421 Paumakua Pl
Kailua, HI 96734


Jeffrey & Alicia Heller
37 Coquina Ridge Way
Ormond Beach, FL 32174


Jeffrey & Suzanne Ventura
1123 Mokapu Blvd
Kailua, HI 96734


Jeffrey Ventura
421 Paumakua PL
Kailua, HI 96734


Jody Ann Martin
c/o James Ventura
421 Paumakua Pl.
Kailua, HI 96734


Joelle Ogi
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Johanna Resig
469 Lawelawe St.
Honolulu, HI 96821


Jonathan K. Ventura
421 Paumakua Pl
Kailua, HI 96734


Jonathan Kuba
5312 Apo Drive
Honolulu, HI 96822

Joseph and Toni Anakalea
2464 St. Louis Drive
Honolulu, HI 96816


Justin & Stephanie Matsukawa
91-941 Laaulu St.
Ewa Beach, HI 96706


Kaleo Kia
c/o Patrick Chun
440 Auwina Pl.
Kailua, HI 96734


Kam-Chi Daniel Leung
60 N. Beretania St.
Apt. 2202
Danbury, CT 06817


Karen Bowman-Kirk
P.O. Box 879
Kailua, HI 96734


Karen I. Chock
1387 Aupula Place
Kailua, HI 96734


Kathleen Shiffer
123 H Seminary Drive
Mill Valley, CA 94941


Kay Mukaigawa
Nelson Oyadomari
1568 Ala Napunani St.
Honolulu, HI 96818-1527


Keker and Van Nest
633 Battery Street
San Francisco, CA 94111


Kenneth Flores
47-517 Apau Loop
Kaneohe, HI 96744

Keola Chun
440 Auwina Place
Kailua, HI 96734


Kia'aina Wong
829 Mokulua Dr.
Kailua, HI 96734-3107


Kilian Dill
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Kim & Kanoenani Reece
440 Auwina Pl.
Kailua, HI 96734


Kim Partika
603 Hamakua Pl.
Kailua, HI 96734-3925


Konishi & Hirakawa Trust
3902 Waokanaka Street
Honolulu, HI 96817


Kristi & Dane Sardinha
156 Ku'ulei Rd
Kailua, HI 96734


Kuulei Chun
440 Auwina Place
Kailua, HI 96734


Lani Ann Sakoda
1166 Embury
Pacific Palisades, CA 90272


Laurie Jan Reisinger
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111

Lavonne Young
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Lee Brossier
174 Kailuana Loop
Kailua, HI 96734-1659


Leon A. Brossier
174 Kailuana Loop
Kailua, HI 96734


Lois Mark
P.O. Box 790114
Paia, HI 96779-0114


Louis Kauo
4100 Whitsett Aven.
Studio City, CA 91604


Lucky & Marilyn Cole
59-229 Ke Nui Rd., Apt. C
Haleiwa, HI 96712-8608


Luz Maria Garcia
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Mark & Traci Hirakawa
45-234 Hikiwale Street
Kaneohe, HI 96744


Mark Brandt
2112 N. Sheffield Avenue
Chicago, IL 60614


Mark O. Trulson
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111

Mark T. Kozlowski
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Mark Wagamatsuma
95-219 Hoakua PL
Mililani, HI 96789


Michael & Miranda Scott
49-495 Ahuimanu Rd.
Pearl City, HI 96782


Michael & Sheri Mock
128 Hoolako Pl.
Honolulu, HI 96825-3518


Michael Chun
440 Auwina Place
Kailua, HI 96734


Michael Denisoff
1722 Esplanade Ave., No. 6
Redondo Beach, CA 90277


Michael K. Skedeleski
98-844 Leialii St.
Aiea, HI 96701-2750


Michael Norris
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Mike Jen
1035 Aster Ave.
#2111
Sunnyvale, CA 94086


Mr. & Mrs. Charles O. Kim, Jr.
4939 Kolohala St.
Honolulu, HI 96816

Mr. & Mrs. Jeremy Kozuki
427 Kaulana Street
Kahului, HI 96732-2050


Nagashima & Hashimoto


Naiping Shen
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Natalia Lysaya
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Noel Tucker
P.O. Box 159252
Honolulu, HI 96830-1004


Ohana Capital Investments, LLC
c/o Dana Ichinotsubo
2145 Aulii St.
Honolulu, HI 96817


Patrick Chu
c/o ALTO Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Patrick Chun
440 Auwina Place
Kailua, HI 96734


Peter E. Lobban
c/o Alto Litigation, P.C.
4 Embarcadero Center, $1400
San Francisco, CA 94111


Prestige Capital Group, LLC
c/o Randall Ho
3876 Nikolo St.
Honolulu, HI 96815

Prestige Capital Group, LLC
James Ventura
421 Paumakua PL
Kailua, HI 96734


Priscilla Kemp
45-707 Hinamoe Loop
Kaneohe, HI 96744


R and S Kennedy Rev. Liv. TR
c/o Patrick Chun
440 Auwina Pl.
Kailua, HI 96734


Raghu Reedy
772 Fell Street, No. 2
San Francisco, CA 94117


Randall Y.C. Ho
3876 Nikolo Street
Honolulu, HI 96815


Richard & Pearl Ichinotsubo
1295-A Moanalualani Ct.
Honolulu, HI 96819


Richard P. Guy & Mary Kaiser
1600 Ala Moana Blvd, Apt. 3706
Honolulu, HI 96815


Robert & Sandra McFarlane
3750 Waokanaka St.
Honolulu, HI 96817


Robert and Amy Alston
214 Koelepulu Drive
Kailua, HI 96734


Robert Bowman
P.O. Box 879
Kailua, HI 96734

Robert Gordon
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Robin Y.H. Auyong
94-673 Noheaiki Place
Waipahu, HI 96797-4847


Ron & Marleen Hochuli
P.O. Box 437238
Kamuela, HI 96743


Ronald F.M. Lee
1436 Paina Street
Honolulu, HI 96817


Ronald Wun
16 Homelani Pl
Honolulu, HI 96817-1113


Sam Guerrero
650 Keolu Drive
Kailua, HI 96734


Sandy Chu
500 W. Middlefield Road
Apt. 106
Mountain View, CA 94043


Sarah J. Brashears
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Schel Reyes
c/o Alto Litigation, P.C.
4 Embarcadero Center, #1400
San Francisco, CA 94111


Scott Chambers
Patton Boggs
2550 M Street, N.W.
Washington, DC 20037

Scott Nekota
2672 Pamoa Road
Honolulu, HI 96822


Scott T. Nekota
750 N. Shoreline Blvd. #10
Mountain View, CA 94043


Sei Jeong Yee
500 Ala Moana Blvd.
Suite 3-405
Honolulu, HI 96813


Sei Jeong Yee
500 Ala Moana Blvd
Suite 3-405
Honolulu, HI 96813


Sharlyne Mihara
718 Paopua Loop
Kailua, HI 96734


Soma Condominium
c/o Jeffrey Mummert, President
116 W. 22nd Street, #3
New York, NY 10011


Stefanie Lee
1355 Akalani Loop
Kailua, HI 96734


Stephen Fujikami
1815 Laukahi Street
Honolulu, HI 96821


Sumiko Allegar
7026 Niumalu Loop
Honolulu, HI 96825


Sunset Plaza, LLC
c/o James Ventura
421 Paumakua Pl
Kailua, HI 96734

Sunset Plaza, LLC
c/o Patrick Chun
440 Auwina Pl
Kailua, HI 96734


Susan Chun
1717 Uhi Place
Honolulu, HI 96821


Tamotsu & Esther Tanaka
1288 Ala Moana Blvd
Apt 15F
Honolulu, HI 96814


Tamotsu Tanaka
Profit Sharing Plan
1288 Ala Moana Blvd, Apt.15F
Honolulu, HI 96814


Teresa Collette Ventura Trust
c/o James Ventura
421 Paumakua Pl
Kailua, HI 96734


Thomas J. O'Keefe, Trustee
O'Keefe Family Trust
35531 Camino Capistrano
San Clemente, CA 92672


University of Virginia
Charlottesville, VA 22904


Wade Shigemasa
2315 Aumakua St.
Pearl City, HI 96782-1146


Waimana Enterprises, Inc.
1003 Bishop Street
Pauahi Tower, 27th Floor
Honolulu, HI 96813


Wallace Wetherwax
7171 Kukii Street
Honolulu, HI 26825-1601

Wayne N. Inouye Revoc. Liv. Tr
2533 Narcissus Pl.
Honolulu, HI 96816


Wayne Nobuo Inouye
2533 Narcissus Pl.
Honolulu, HI 96816


Wells Fargo
P.O.Box 14411
Des Moines, IA 50306-3411


Wells Fargo
PCS Client Service Center
Concord, CA 94524-4056


Wendell Kop
345 Mamaki Street
Honolulu, HI 96821


West Virginia University
Morgantown, WV 26506


William Lindemann
177 Polihale Place
Honolulu, HI 96825


Willibrord K. Tallet
Willibrord K. Tallet Trust
47-696 Hui Alala St.
Kaneohe, HI 96744


Young Conaway Stargatt & Taylo
c/o Donal E. Reid, Esq.
121 N. Market Street
Wilmington, DE 19801

B22A (Official Form 22A) (Chapter 7) (04/13)

| | |
|---|---|
| In re   **Marc R. Labgold** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| Debtor(s) | ☐ **The presumption arises.** |
| Case Number: | ■ **The presumption does not arise.** |
| (If known) | ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | |
|---|---|
| **Part I. MILITARY AND NON-CONSUMER DEBTORS** | |
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>                ☐ I remain on active duty /or/<br>                ☐ I was released from active duty on ____, which is less than 540 days before this bankruptcy case was filed;<br><br>                OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>                ☐ I performed homeland defense activity for a period of at least 90 days, terminating on ____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13)      2

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ■ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 9,000.00 | $ 4,383.10 |

| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse | |
|---|---|---|---|---|
| a. | Gross receipts | $ 209,482.46 | $ 0.00 | |
| b. | Ordinary and necessary business expenses | $ 194,625.32 | $ 0.00 | |
| c. | Business income | Subtract Line b from Line a | | $ 14,857.14   $ 0.00 |

| 5 | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse | |
|---|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 | |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 | |
| c. | Rent and other real property income | Subtract Line b from Line a | | $ 0.00   $ 0.00 |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| Total and enter on Line 10 | | $ 0.00 | $ 0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ 23,857.14 | $ 4,383.10 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 28,240.24 |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ | 338,882.88 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:  **VA**    b. Enter debtor's household size:  **6** | $ | 107,861.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ■ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |  |  |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ | 28,240.24 |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| | | |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

| | Total and enter on Line 17 | $ | 0.00 |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ | 28,240.24 |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | 2,027.00 |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | 360.00 |

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. Allowance per person | 60 | a2. Allowance per person | 144 |
| b1. Number of persons | 6 | b2. Number of persons | 0 |
| c1. Subtotal | 360.00 | c2. Subtotal | 0.00 |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | 624.00 |

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 2,732.00 | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ 5,967.00 | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 0.00 |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ 0.00 |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ■ 0   □ 1   □ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 182.00 |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) □ 1   □ 2 or more. Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ 0.00 | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 0.00 | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 0.00 |

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ 0.00 | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 0.00 | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 0.00 |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 9,039.98 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                        5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | 0.00 |
|---|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 0.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ | 25,936.33 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 0.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 0.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ | 38,169.31 |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td><td>905.00</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td><td>0.00</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td><td>0.00</td></tr></table> Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | $ | 905.00 |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 3,436.33 |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **71.00** |
|----|----|----|----|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | **0.00** |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | **4,412.33** |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | |
|----|----|----|----|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|----|----|----|----|----|
| a. | **CitiMortgage, Inc.** | **2257 Compass Point Lane Reston, VA 20191** | $       **5,967.00** | ■yes ☐no |
| | | | Total: Add Lines | $       **5,967.00** |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|----|----|----|----|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|----|----|----|----|----|
| a. | **-NONE-** | | $ | |
| | | | Total: Add Lines | $       **0.00** |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ | **9,325.00** |
|----|----|----|----|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|----|----|----|----|

| | | | | |
|----|----|----|----|----|
| | a. | Projected average monthly chapter 13 plan payment. | $       **0.00** | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x       **6.50** | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $       **0.00** |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ | **15,292.00** |
|----|----|----|----|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | **57,873.64** |
|----|----|----|----|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | **28,240.24** |
|----|----|----|----|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | **57,873.64** |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | **-29,633.40** |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | **-1,778,004.00** |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $7,475**\*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | **Alimony** | $                20,000.00 |
| b. | **Tuition per court order** | $                  1,044.00 |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $                21,044.00 |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: **July 23, 2013**                          Signature: **/s/ Marc R. Labgold**<br><br>                                                                                     **Marc R. Labgold**<br>                                                                                          *(Debtor)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.